UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. No. 7:24-CV-00419-FL-KS

| | |
|---|---|
| JENNIFER SHIVELY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MARTIN O'MALLEY,<br>Commissioner of<br>Social Security, | ) |
| Defendant. | ) |

This matter is before the Court on Plaintiff's Motion for Judgment on the Pleadings and Defendant's Motion for Remand to the Commissioner. Plaintiff, through counsel, consents to Defendant's Motion for Remand to the Commissioner.

For good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 24th day of September, 2024.

LOUISE W. FLANAGAN
United States District Judge