UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER SHIVELY ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:24-CV-419-FL |
| MARTIN O'MALLEY, ) | |
| Commissioner of Social Security ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Consent Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on September 24, 2024, that Defendant's Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on September 24, 2024, and Copies To:**
George C. Piemonte (via CM/ECF Notice of Electronic Filing)
Joanne Kernicky / Wanda Mason / Samantha Zeiler (via CM/ECF Notice of Electronic Filing)


September 24, 2024              PETER A. MOORE, JR., CLERK

                                 /s/ Sandra K. Collins
                                (By) Sandra K. Collins, Deputy Clerk