UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTERN DIVISION

| | |
|---|---|
| JENNIFER SHIVELY, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CAROLYN COLVIN, )<br>Acting Commissioner the Social Security )<br>      Defendant. | **JUDGMENT**<br><br>No. 7:24-CV-419-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's consent motion for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 8, 2025, that defendant pay to plaintiff $3,000.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on January 8, 2025, and Copies To:**
George C. Piemonte (via CM/ECF Notice of Electronic Filing)
Joanne Kernicky / Wanda Mason (via CM/ECF Notice of Electronic Filing)


January 8, 2025                    PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk